## 47855. McINTYRE et al. v. SHIELD INSURANCE COMPANY.

QUILLIAN, Judge. The claim on an insurance policy not having been commenced within twelve months after inception of the loss as required by the terms of the policy, the direction of a verdict for the defendant was proper. *Modern Carpet Industries, Inc. v. Factory Insurance Assn.,* 125 Ga. App. 150 (186 SE2d 586).

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*

ARGUED FEBRUARY 5, 1973 — DECIDED FEBRUARY 21, 1973 — REHEARING DENIED MARCH 13, 1973.

*Edge & Edge, John D. Edge,* for appellants.
*J. R. Cullens, William T. Elsey,* for appellee.